UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOES NOS. 1–13,

                Plaintiffs,

– against –

PETER J. NYGARD et al.,

                Defendants.

**ORDER**

23-cv-10306 (ER)

Ramos, D.J.:

      Plaintiffs filed this action on November 23, 2023, against Peter J. Nygard and more than thirty other defendants.  Summonses were issued on November 29, 2023.  Doc. 29.  Plaintiffs have filed an affidavit of service for only one defendant, Starwood Hotels and Resorts Worldwide, Inc. d/b/a The W New York – Times Square.  Doc. 31.  On March 27, 2024, counsel for Marriott International, Inc.—the successor-in-interest to Starwood—submitted a letter stating that it had learned that Plaintiffs intended to amend the complaint.  Doc. 34.  Marriott requested that its deadline to respond to the complaint be extended until twenty-one days after the filing of an amended complaint.  *Id.*  The Court granted that request.  Doc. 35.  No amended complaint has been filed, and there has been no other activity on the docket.

      Plaintiffs are directed to submit a status letter by August 9, 2024.  Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Additionally, Plaintiffs are reminded that under Rule 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the

plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

It is SO ORDERED.

Dated:  August 2, 2024
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.