UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOES NOS. 1–13,

                Plaintiffs,

– *against* –

PETER J. NYGARD et al.,

                Defendants.

**ORDER**

23-cv-10306 (ER)

Ramos, D.J.:

    Plaintiffs filed this action on November 23, 2023, against Peter J. Nygard and more than thirty other defendants. Summonses were issued on November 29, 2023. Doc. 29. Plaintiffs filed an affidavit of service for only one defendant, Starwood Hotels and Resorts Worldwide, Inc. d/b/a The W New York – Times Square. Doc. 31. On March 27, 2024, counsel for Marriott International, Inc.—the successor-in-interest to Starwood—submitted a letter stating that it had learned that Plaintiffs intended to amend the complaint. Doc. 34. Marriott requested that its deadline to respond to the complaint be extended until twenty-one days after the filing of an amended complaint. *Id.* On March 28, 2024, the Court granted that request, Doc. 35, however no amended complaint was filed thereafter. On August 2, 2024, the Court directed Plaintiffs to submit a status letter by August 9, 2024 and warned that failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Doc. 36.

    On August 6, 2024, Plaintiffs submitted a status report stating they had not served any of the Nygard-affiliated companies "so as not to arguably violate the automatic stay imposed by the pending bankruptcy action" in this district, and stating that they intended to seek leave from the Bankruptcy Court "in short order" to (1) permit the filing of an

amended complaint in this matter, and (2) permit service of process against the Nygard companies. Doc. 37. There has been no activity on the docket since then.

Plaintiffs are directed to submit a status letter by July 21, 2025. Again, failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Dated: July 14, 2025
       New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2